

# BRUNINI
ATTORNEYS AT LAW

MARENA S. GRAY, CLA

E-mail: mgray@brunini.com
Direct: 601-427-1007

The Pinnacle Building, Suite 100
190 East Capitol Street
Jackson, Mississippi 39201
Telephone: 601-948-3101

Post Office Drawer 119
Jackson, Mississippi 39205

Facsimile: 601-960-6902

June 3, 2009

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN -5 2009
J. T. NOBLIN, CLERK
BY_____ DEPUTY

Mr. J. T. Noblin
United States District Court Clerk
2012 15th Street, Suite 403
Gulfport, MS 39501

RE: Shular Contracting, Inc. and Michael L. Shular v. Gulf Concrete, LLC as Successor by Merger with Bayou Concrete, Inc.; In the United States District Court for the Southern District of Mississippi, Southern Division;
Civil Action No. 1:09CV206LG-RHW

Dear Mr. Noblin:

The original and copy of the Summons on a Third-Party Complaint in the above-styled and numbered matter were mailed to the Harrison County Sheriff's Department on May 5, 2009 for service on the Third-Party Defendant, Keith Waits Construction Company.

The original and the copy of the Summons were lost in the mail. Therefore, I would appreciate you issuing the enclosed Alias Summons.

If you have any questions, or need anything further, please do not hesitate to contact me.

Sincerely,

BRUNINI, GRANTHAM, GROWER & HEWES, PLLC

Marena S. Gray

Marena S. Gray, CLA
Legal Assistant

/msg
Enclosures

00773863

RECEIVED
JUN 0 5 2009
Clerk, U.S. District Court
Southern District of Miss.