IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

SHULAR CONTRACTING, INC. AND
MICHAEL L. SHULAR                                                                  PLAINTIFFS

V.                                                  CIVIL ACTION NO. 1:09CV206LGRHW

GULF CONCRETE, LLC AS SUCCESSOR
BY MERGER WITH BAYOU CONCRETE, INC.                            DEFENDANT

## STIPULATION OF DISMISSAL

Pursuant to Rule 41 (a)(1), F.R.C.P., the plaintiffs hereby stipulate that the Third Party Complaint filed against Keith Waits Construction Co., Inc. is hereby dismissed.

        Respectfully submitted,

        SHULAR CONTRACTING, INC. AND MICHAEL L. SHULAR

        BY: */s/ Ron A. Yarbrough*
           Ron A. Yarbrough, MSB # 6330

OF COUNSEL:
BRUNINI, GRANTHAM,
 GROWER & HEWES, PLLC
Suite 100, The Pinnacle Building
190 E. Capitol Street (39201)
Post Office Drawer 119
Jackson, MS 39205-0119
Telephone: (601) 948-3101
Facsimile: (601) 960-6902

00783772

## **CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the ECF System which sent notification of such filing to the following:

Mr. Richard W. Franklin
Armbrecht Jackson, LLP
1300 Riverview Plaza
63 S. Royal Street
Mobile, Alabama  36602

THIS the 23rd day of June, 2009.

                                       ***/s/ Ron A. Yarbrough***
                                       Ron A. Yarbrough