# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

SHULAR CONTRACTING, INC. AND
MICHAEL L. SHULAR                                              **PLAINTIFFS**

V.                                          CIVIL ACTION NO. 1:09CV206LGRHW

GULF CONCRETE, LLC AS SUCCESSOR
BY MERGER WITH BAYOU CONCRETE, INC.                            **DEFENDANT**

## NOTICE OF DESIGNATION OF EXPERT WITNESS

TO:  Mr. Richard W. Franklin
     Armbrecht Jackson, LLP
     1300 Riverview Plaza
     63 S. Royal Street
     Mobile, Alabama 36602

Notice is hereby given that Ron A. Yarbrough, attorney for Shular Contracting, Inc. and Michael L. Shular, hereby designates Laura J. Powers as expert witness for Plaintiffs and has forwarded this day by First Class Mail a copy of all required disclosures as to this expert witness.

                              Respectfully submitted,

                              SHULAR CONTRACTING, INC. AND
                              MICHAEL L. SHULAR

                              BY: */s/ Ron A. Yarbrough*
                                  Ron A. Yarbrough, MSB # 6330

00803044

OF COUNSEL:
BRUNINI, GRANTHAM , GROWER & HEWES, PLLC
Suite 100, The Pinnacle Building
190 E. Capitol Street (39201)
Post Office Drawer 119
Jackson, MS 39205-0119
Telephone: (601) 948-3101
Facsimile: (601) 960-6902

## CERTIFICATE OF SERVICE

I hereby certify that on July 230, 2009, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Mr. Richard W. Franklin
Armbrecht Jackson, LLP
1300 Riverview Plaza
63 S. Royal Street
Mobile, Alabama 36602

This the 20th day of July, 2009.

/s/ *Ron A. Yarbrough*
RON A. YARBROUGH, MSB# 6330