IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

SHULAR CONTRACTING, INC. AND
MICHAEL L. SHULAR                                                                    PLAINTIFFS

V.                                                            CIVIL ACTION NO. 1:09CV206LG-RHW

GULF CONCRETE, LLC AS SUCCESSOR
BY MERGER WITH BAYOU CONCRETE, INC.                              DEFENDANT


## NOTICE OF FILING DISCOVERY

Comes now Defendant, Bayou Concrete, LLC, and gives notice of the filing of the following:

1. Bayou Concrete's Initial Disclosures Pursuant to Rule 26;

2. Bayou Concrete's Production and Privilege Log;

3. Bayou Concrete's Responses to Plaintiffs' Requests for Production.


ARMBRECHT JACKSON LLP
Post Office Box 290
Mobile, Alabama 36601
(251) 405-1300


By____/S/ Andrew W. Martin, Jr_____
    RICHARD W. FRANKLIN (MS Bar #100467)
    ANDREW W. MARTIN, JR. (MS Bar #102769)

Attorneys for Bayou Concrete, LLC

# CERTIFICATE OF SERVICE

I do hereby certify that I have on July 29, 2009, served a copy of the foregoing pleading on:

>Ron A. Yarbrough, Esq.
>Brunini, Grantham, Grower & Hewes, PLLC
>Post Office Drawer 119
>Jackson, MS  39205-0119

by electronic filing and/or mailing the same by United States Mail, properly addressed and first class postage prepaid.



/S/ Andrew W. Martin, Jr.