IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

SHULAR CONTRACTING, INC. AND
MICHAEL L. SHULAR                                                           PLAINTIFFS

V.                                             CIVIL ACTION NO. 1:09CV206LG-RHW

GULF CONCRETE, LLC AS SUCCESSOR
BY MERGER WITH BAYOU CONCRETE, INC.                         DEFENDANT

## NOTICE OF SERVICE OF DISCOVERY

Comes now Defendant, Bayou Gulf Concrete, and gives notice of the service of the following discovery:

1. Defendant Bayou Concrete's First Request for Production of Documents to Shular Contracting, Inc.; and

2. Defendant Bayou Concrete's First Request for Production of Documents to Michael L. Shular.

>     ARMBRECHT JACKSON LLP
>     Post Office Box 290
>     Mobile, Alabama 36601
>     (251) 405-1300
>
>     By____/S/ Andrew W. Martin, Jr._____
>          RICHARD W. FRANKLIN (MS Bar #100467)
>          ANDREW W. MARTIN, JR. (MS Bar #102769)
>
>     Attorneys for Bayou Concrete, LLC

# CERTIFICATE OF SERVICE

I do hereby certify that I have on August 14, 2009, served a copy of the foregoing pleading on:

        Ron A. Yarbrough, Esq.
        Brunini, Grantham, Grower & Hewes, PLLC
        Post Office Drawer 119
        Jackson, MS  39205-0119

by electronic filing and/or mailing the same by United States Mail, properly addressed and first class postage prepaid.

                                  */S/ Andrew W. Martin, Jr.*